# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **Docket Number:** 2:02CR00381-02 |
| | ) | |
| **Eric Alan MAYO** | ) | |
| | ) | |

**LEGAL HISTORY:**

On January 30, 2004, the above-named was sentenced to 6 months in the custody of the Bureau of Prisons to be followed by a term of Supervised Release for a period of 3 years, which commenced on July 1, 2004. Special conditions included a requirement for Search; Financial disclosure; Drug/alcohol treatment program and testing; Co-payment for treatment program/testing services.

**SUMMARY OF COMPLIANCE:**

Eric Mayo has complied with all conditions and special conditions of supervised release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that he has derived maximum benefit from supervision and is not in need of continued supervision.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that supervised release in this case be terminated early.

**RE:    Eric Alan MAYO**
**Docket Number:   2:02CR00381-02**
**RECOMMENDATION TERMINATING**
**SUPERVISED RELEASE  PRIOR TO EXPIRATION DATE**


Respectfully submitted,


/s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

Dated:      April 24, 2007
            Elk Grove, California
            DAS/cj


cc:    AUSA Norman Y. Wong (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**  )<br>  )<br>       vs.          )<br>  )<br>**Eric Alan MAYO**        )<br>  ) | **Docket Number:  2:02CR00381-02** |

On July 1, 2004, the above-named was placed on supervised release for a period of 3 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

                        Respectfully submitted,

                       /s/ Deborah A. Spencer
                      **DEBORAH A. SPENCER**
             **Supervising United States Probation Officer**

Dated:        April 24, 2007
              Elk Grove, California
              DAS/cj

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**RE:  Eric Alan MAYO**
      **Docket Number:   2:02CR00381-02**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

| | |
|---|---|
| May 11, 2007 | /s/ Edward J. Garcia |
| **Date** | **Edward J. Garcia** |
| | **Senior United States District Judge** |

Attachment:   Recommendation
cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office